UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,   17-CR-203-02-FPG-MJR

                                                        REPORT AND
                                                        RECOMMENDATION
     v.

RICHARD BUTERBAUGH,

            Defendant.
_____

By Order of the Honorable Frank P. Geraci, Jr. dated October 26, 2017, the above case was referred to me, to hear and thereafter file reports and recommendations for disposition pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, including to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure. On June 12, 2018, the defendant consented to the entry of a guilty plea before a United States Magistrate Judge. The following is my Report and Recommendation to the defendant's plea of guilty.

On June 12, 2018, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure and that your Honor adjudicate the defendant guilty of the offense to which the guilty plea was offered.

**SO ORDERED.**

DATED:   June 12, 2018
         Buffalo, New York

*/s/ Michael J. Roemer*
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge
